## Town of Milton, by and through Vincent Yusitis, Zoning Administrator v. Gerard M. Brault

[282 A.2d 681]

No. 75-69

Present: Holden, C.J., Shangraw, Barney, Smith and Keyser, JJ.

Opinion Filed June 1, 1971

Motion for Reargument Denied October 28, 1971

*Latham, Eastman & Tetzlaff,* Burlington, for Plaintiff.

*John A. Burgess,* Montpelier, for Defendant.

**Smith, J.** While the factual situation in the above entitled case differs in some respects from that presented in *Town of Milton et al.* v. *LeClaire,* 129 Vt. 495, 282 A.2d 834 (1971), the same legal questions are involved in both cases and they were argued together. For this reason, what has been said in *Town*

*of Milton et al.* v. *LeClaire* is equally applicable here and the entry order must be the same.

*Decree reversed and cause remanded for purposes of assessing damages pursuant to terms of injunction bond and 12 V.S.A. § 4447.*